Form a0nfincs
(Rev. 12/15)

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215−2414**

In Re: Timothy Scott Kildow

       Debtor(s)

SSN/TAX ID:
    xxx−xx−2599

Case No.: 2:16−bk−50628

Chapter: 13

Judge: John E. Hoffman Jr.

**NOTICE OF FAILURE TO FILE RULE 1007(b)(7) STATEMENT**

    In accordance with Rule 5009(b) of the Federal Rules of Bankruptcy Procedure, the Clerk hereby provides notice that pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, a statement regarding completion of a course in financial management (Official Form 423) is required before an Order of Discharge can be issued. If a statement regarding the completion of a course in financial management is not filed by the date when the last plan payment was made or the filing of a motion for a discharge, the above captioned case may be closed without the issuance of a discharge. If the debtor(s) subsequently files a Motion to Reopen the Case to allow for the filing of the Official Form 423, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: May 9, 2016

                                  FOR THE COURT:
                                  Kenneth Jordan
                                  Clerk, U.S. Bankruptcy Court