IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: TIMOTHY SCOTT KILDOW                                  Case No: 16-50628
320 W CENTER ST
MARION, OH  43302                                            Chapter 13

                                                             Judge: John E. Hoffman Jr.

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The Case was commenced on December 23, 2015.
The plan was not confirmed.
The Case was concluded on May 18, 2016.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
NOTICE OF DISMISSAL PRIOR TO CONFIRMATION.  THE SUBJECT CASE HAS BEEN DISMISSED.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors:     7,080.00

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 100.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| 1st FINL INVSTMNT FUND 00017    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| BENSON ENTERTAINMENT LLC 00025    LEASE | Paid outside | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA 00018    UNSECURED | 914.42 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA 00019    UNSECURED | 2,149.29 | 0.00 | 0.00 | 0.00 |
| CELESTINA OQBUCHI 00026    LEASE | Paid outside | 0.00 | 0.00 | 0.00 |
| Delaware County Treasurer 00001    SECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Delaware County Treasurer 00002    SECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Delaware County Treasurer 00003    SECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Delaware County Treasurer 00004    SECURED | Not filed | 0.00 | 0.00 | 0.00 |
| DEPARTMENT OF TREASURY INTERNAL RE' 00030    PRIORITY | 23,324.93 | 0.00 | 0.00 | 0.00 |
| FIFTH THIRD BANK 00005    SECURED | 73,940.89 | 0.00 | 0.00 | 0.00 |
| Fleming Construction Co. 00006    SECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Kevin Hensel 00007    CODEBTOR CLAIM | Paid outside | 0.00 | 0.00 | 0.00 |

### CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY
CASE NO. 16-50628   TIMOTHY SCOTT KILDOW

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| Midland Funding 00020   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Midland Funding 00021   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Nemo's Coll 00022   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| OHIO DEPARTMENT OF TAXATION 00016   UNSECURED | 19,238.73 | 0.00 | 0.00 | 0.00 |
| Ohio Department of Taxation 00008   SECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Ohio Department of Taxation 00009   SECURED | Not filed | 0.00 | 0.00 | 0.00 |
| OHIO DEPARTMENT OF TAXATION 00015   PRIORITY | 1,327.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES BANK NATIONAL ASSOCIATION 00010   SECURED | Not filed | 0.00 | 0.00 | 0.00 |
| PEOPLES BANK NATIONAL ASSOCIATION 00011   SECURED | Not filed | 0.00 | 0.00 | 0.00 |
| PEOPLES BANK NATIONAL ASSOCIATION 00012   SECURED | Not filed | 0.00 | 0.00 | 0.00 |
| PEOPLES BANK NATIONAL ASSOCIATION 00013   DEFICIENCY BALANCE | Surrendered | 0.00 | 0.00 | 0.00 |
| PEOPLES BANK NATIONAL ASSOCIATION 00023   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| THE UNION BANK COMPANY 00014   DEFICIENCY BALANCE | Surrendered | 0.00 | 0.00 | 0.00 |
| The Warehouse, Inc. 00027   LEASE | Paid outside | 0.00 | 0.00 | 0.00 |
| The Warehouse, Inc. 00028   LEASE | Paid outside | 0.00 | 0.00 | 0.00 |
| TIMOTHY SCOTT KILDOW 00000   DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| TIMOTHY SCOTT KILDOW 00000   DEBTOR REFUND | 13,420.00 | 13,420.00 | 0.00 | 0.00 |
| Union Bank 00024   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Venessa Sweet 00029   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Previously refunded during pendency of case | 13,420.00 | 13,420.00 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 73,940.89 | 24,651.93 | 22,302.44 | 0.00 | 13,420.00 | 134,315.26 |
| PRIN PAID | 0.00 | 0.00 | 0.00 | 0.00 | 13,420.00 | 13,420.00 |
| INT PAID | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| | | | | | TOTAL PAID: | 13,420.00 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 16-50628   TIMOTHY SCOTT KILDOW

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---|---|
| MARSHALL D COHEN ESQ | 6,055.00 | 6,055.00 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 1,025.00 | 0.00 | 0.00 | 1,025.00 |

Dated: 07/27/2016

/s/ Faye D. English

FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: TIMOTHY SCOTT KILDOW
      320 W CENTER ST
      MARION, OH  43302

Case No: 16-50628

Chapter 13

Judge: John E. Hoffman Jr.

### CERTIFICATION AND OPPORTUNITY TO OBJECT

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Faye D. English, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Faye D. English
FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555